IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02777-MSK-MJW

GEORGE N.  OFIESH,

Plaintiff(s),

v.

WESTERN STOCK SHOW ASSOCIATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Protective Order Concerning Confidential Information (docket no. 15) is GRANTED finding good cause shown.  The written Protective Order (docket no., 15-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:  April 7, 2011