IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02777-MSK-MJW

GEORGE N. OFIESH,

Plaintiff(s),

v.

WESTERN STOCK SHOW ASSOCIATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Settlement Conference [Docket No. **19**], filed with the court April 18, 2011, is GRANTED.

    It is further ORDERED that the Settlement Conference set April 20, 2011 at 1:30 p.m. is VACATED.

    It is further ORDERED that a Telephonic Status Conference is set June 22, 2011 at 9:00 a.m.  Plaintiff's counsel shall initiate the conference call.  All parties shall be on the conference call before the Court is added as the final connection by calling (303)844-2403 at the scheduled date and time.

Date:  April 18, 2011