UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-CV-02777-MSK-MJW

GEORGE N. OFIESH,

    Plaintiff,

v.

THE WESTERN STOCK SHOW ASSOCIATION, d/b/a
National Western Stock Show, Inc., a non-profit corporation,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE SETTLEMENT CONFERENCE** (Docket No. 32)

---

THE COURT, having reviewed Defendant's Motion to Vacate Settlement Conference set @ 1:30pm for August 31, 2011, hereby GRANTS the Motion. The Settлement Conference is vacated and will be reset after Plaintiff retains new counsel.

Dated this 4th day of August, 2011.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge
Michael J. Watanabe