IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02777-RBJ-MJW

GEORGE N. OFIESH,

Plaintiff(s),

v.

WESTERN STOCK SHOW ASSOCIATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Compel Responses to Written Discovery (docket no. 41) is DENIED. The Plaintiff has provided Defendant with supplemental responses to the discovery as outlined in the subject motion and I find that all discovery in the subject motion has now been fully responded to by Plaintiff. See Exhibit A attached to the Response (docket no. 44). Each party shall pay their own attorney fees and costs.

Date:  November 9, 2011